ORIGINAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
_✓_ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U S DISTRICT COURT
JUL 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OFFORD, et al., | CASE NO. CV 06-2602-GHK (FFMx) |
| Plaintiffs, | |
| v. | ORDER APPROVING PETITION FOR MINOR'S COMPROMISE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DOCKETED ON CM
07/12/10
JUL 11 2007
BY ___ 012

This matter is before the Court on Plaintiffs' Petition to Approve Minor's Compromise ("Petition"). We have considered the papers filed in support of the Petition, as well as the oral statements of the parties.[1]

On May 18, 2007, Plaintiffs filed an earlier version of the Petition. Due to certain procedural defects, that version of the Petition was denied without prejudice on May 25, 2007. Also on that date, the parties' Stipulation for Compromise Settlement and (Proposed) Order Dismissing Action ("Stipulation") was placed in the file as not used.

---

[1] No party opposes the Petition.



1  The present version of the Petition was filed on June 12, 2007. No stipulation was re-
2  filed with the renewed Petition.
3      The Petition is hereby **APPROVED**. The Stipulation placed in the case file on
4  May 25, 2007, is also hereby **APPROVED**.
5      Plaintiffs' action is hereby **DISMISSED** with prejudice, in its entirety. Each party
6  shall bear their own costs of suit and attorneys' fees.
7  **IT IS SO ORDERED.**

DATED: July 9, 2007

```
                                     /s/
                        _____
                            GEORGE H. KING
                        United States District Judge
```

The present version of the Petition was filed on June 12, 2007. No stipulation was re-filed with the renewed Petition.

The Petition is hereby **APPROVED**. The Stipulation placed in the case file on May 25, 2007, is also hereby **APPROVED**.

Plaintiffs' action is hereby **DISMISSED** with prejudice, in its entirety. Each party shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 9, 2007

_____
GEORGE H. KING
United States District Judge